| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Woodstock Ford & Mercury, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.)<br>36-4470562 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>1460 S. Eastwood Drive<br>Woodstock, IL<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **McHenry County**<br>ZIP CODE 60098 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>c/o James R. Hardt, Registered Agent<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015<br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Alleged Debtor is out of business and Registered Agent is located in Lake County, Illinois** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other    **Auto Dealership**

**VENUE**
☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☑ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)    COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Official Form 5 (10/06) - Cont.                    Name of Debtor  Woodstock Ford & Mercury, Inc.

                                                    Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Russell [signature]_ Manager<br>Signature of Petitioner or Representative (State title)<br>**Map Automotive Warehous, Inc.**   8/10/07<br>Name of Petitioner          Date Signed | x _[signature]_   08/06/2007<br>Signature of Attorney          Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>200 S. Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Address<br>312-876-3800<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Russell Long, Corp. Office Manager**<br>1000 Camera Avenue, Suite D<br>St. Louis MO 63126 | |
| x _____<br>Signature of Petitioner or Representative (State title)<br>**Snow Brothers, Inc.**<br>Name of Petitioner          Date Signed | x _____  08/06/2007<br>Signature of Attorney          Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>200 S. Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Address<br>312-876-3800<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Steve Snow, Vice President**<br>1940 Janice Avenue<br>Melrose Park, IL 60160 | |
| x _____<br>Signature of Petitioner or Representative (State title)<br>**Chicago Parts & Sound, LLC**<br>Name of Petitioner          Date Signed | x _____  08/06/2007<br>Signature of Attorney          Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>200 S. Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Address<br>312-876-3800<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Jackie Lederer, President**<br>635 Wheat Lane<br>Wood Dale, IL 60191 | |

_1_ Continuation sheets attached

Official Form 5 (10/06) - Cont.

Name of Debtor: Woodstock Ford & Mercury, Inc.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x _____ Signature of Petitioner or Representative (State title) **Map Automotive Warehous, Inc.** Name of Petitioner / Date Signed Name & Mailing Address of Individual Signing in Representative Capacity: **Russell Long, Corp. Office Manager** **1000 Camera Avenue, Suite D, St. Louis MO 63126** | x _____ 08/06/2007 Signature of Attorney / Date **Tishler & Wald, Ltd., Bruce L. Wald** Name of Attorney Firm (if any) 200 S. Wacker Drive, Suite 3000, Chicago, IL 60606 Address 312-876-3800 Telephone No. |
| x /s/ signature Signature of Petitioner or Representative (State title) **Snow Brothers, Inc.** Name of Petitioner / Date Signed 8/6/07 Name & Mailing Address of Individual Signing in Representative Capacity: **Steve Snow, Vice President** **1940 Janice Avenue, Melrose Park, IL 60160** | x /s/ Wald 08/06/2007 Signature of Attorney / Date **Tishler & Wald, Ltd., Bruce L. Wald** Name of Attorney Firm (if any) 200 S. Wacker Drive, Suite 3000, Chicago, IL 60606 Address 312-876-3800 Telephone No. |
| x _____ Signature of Petitioner or Representative (State title) **Chicago Parts & Sound, LLC** Name of Petitioner / Date Signed Name & Mailing Address of Individual Signing in Representative Capacity: **Jackie Lederer, President** **635 Wheat Lane, Wood Dale, IL 60191** | x _____ 08/06/2007 Signature of Attorney / Date **Tishler & Wald, Ltd., Bruce L. Wald** Name of Attorney Firm (if any) 200 S. Wacker Drive, Suite 3000, Chicago, IL 60606 Address 312-876-3800 Telephone No. |

1 Continuation sheets attached

Official Form 5 (10/06) - Cont.

Name of Debtor: Woodstock Ford & Mercury, Inc.

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Map Automotive Warehous, Inc.**<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Russell Long, Corp. Office Manager**<br>**1000 Camera Avenue, Suite D**<br>**St. Louis, MO 63126** | X _____  08/06/2007<br>Signature of Attorney    Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>**200 S. Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606**<br>Address<br>**312-876-3800**<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Snow Brothers, Inc.**<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Steve Snow, Vice President**<br>**1940 Janice Avenue**<br>**Melrose Park, IL 60160** | X _____  08/06/2007<br>Signature of Attorney    Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>**200 S. Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606**<br>Address<br>**312-876-3800**<br>Telephone No. |
| X _/s/ [signature]_ 8/7/07<br>Signature of Petitioner or Representative (State title)    Date Signed<br>**Chicago Parts & Sound, LLC**<br>Name of Petitioner<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Jackie Lederer, President**<br>**636 Wheat Lane**<br>**Wood Dale, IL 60191** | X _/s/ Wald_   08/06/2007<br>Signature of Attorney    Date<br>**Tishler & Wald, Ltd., Bruce L. Wald**<br>Name of Attorney Firm (if any)<br>**200 S. Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606**<br>Address<br>**312-876-3800**<br>Telephone No. |

1 Continuation sheets attached

Name of Debtor: Woodstock Ford & Mercury, Inc.

Case No. _____

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br><br>Map Automotive Warehouse, Inc.<br>1000 Camera Avenue<br>Suite D<br>St. Louis, MO 63126 | Nature of Claim<br><br>Goods Sold | Amount of Claim<br><br>5,586.00 |
| Name and Address of Petitioner<br><br>Snow Brothers, Inc.<br>1940 Janice Avenue<br>Melrose Park, IL 60160 | Nature of Claim<br><br>Goods sold | Amount of Claim<br><br>11,508.00 |
| Name and Address of Petitioner<br><br>Chicago Parts & Sound, LLC<br>635 Wheat Lane<br>Wood Dale, IL 60191 | Nature of Claim<br><br>Goods Sold | Amount of Claim<br><br>8,184.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br><br>$  25,278.00 |